IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

------- x

EIG ENERGY FUND XIV, L.P.                    :
EIG ENERGY FUND XIV-A, L.P.                  :    Case No.1:16-cv-00333
EIG ENERGY FUND XIV-B, L.P. .                :
EIG ENERGY FUND XIV (CAYMAN), L.P.           :
EIG ENERGY FUND XV, L.P.                      :
EIG ENERGY FUND XV-A, L.P.                    :    **AFFIDAVIT OF SERVICE**
EIG ENERGY FUND XV-B, L.P.                    :
EIG Management Company, LLC                   :
                                             :
                    Plaintiffs,              :
                                             :
                    -against-                :
                                             :
PETROLÓLEO BRASILEIRO S.A.                    :
                                             :
                    Defendant.               :

------- x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Miyoshie Lamothe-Aime, being duly sworn, say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On May 18th, 2016 I served a true copy of a **FIRST AMENDED COMPLAINT** with exhibits dated May 18th, 2016, in the above-captioned matter by delivering the true copy thereof enclosed in an envelope, to FedEx, prior to the latest time designated by that service for priority overnight delivery, upon:

Petroleo Braseileiro S.A,
Attn: Theodore M. Helms
570 Lexington Avenue
New York, New York 10022

Miyoshie Lamothe-Aime

Sworn to before me this
18th day of May 2016

Notary Public

**MEGAN ROSE DRAN**
**Notary Public, State of New York**
**NO. 01DR6250045**
**Qualified in New York County**
**Commission Expires October 17, 20__19**