IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., *et al.*, )<br>        Plaintiffs, )<br>v. )<br>PETROLEO BRASILEIRO S.A., *et al.*, )<br>        Defendants. ) | Civil Action No. 1:16-cv-333-APM |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the Motion to Dismiss by Defendants SembCorp Marine and Jurong, and the materials submitted in support of that Motion, the Court has determined that the Motion to Dismiss should be, and hereby is, GRANTED.

Dated: _____, 2016

_____
Amit P. Mehta
United States District Judge

Copies to:

Daniel B. Goldman
Kerri Ann Law
Michael Jason Calb
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
dgoldman@kramerlevin.com
klaw@kramerlevin.com
mcalb@kramerlevin.com

Barry Coburn
COBURN & GREENBAUM, PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
barry@coburngreenbaum.com

Adam K. Levin
Carolyn A. DeLone
David Martin Foster
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
adam.levin@hoganlovells.com
carrie.delone@hoganlovells.com
david.foster@hoganlovells.com


William A. Burck
Eric C. Lyttle
Jonathan Gordon Cooper
Michael B. Carlinsky
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th Street, NW
11th Floor
Washington, DC 20001
williamburck@quinnemanuel.com
ericlyttle@quinnemanuel.com
jonathancooper@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com

Gregory S. Bruch
BRUCH HANNA LLP
1250 I Street, NW
Suite 505
Washington, DC 20005
gbruch@bruch-hanna.com

Peter T. Barbur
Trevor M. Broad
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
pbarbur@cravath.com
tbroad@cravath.com

David William Ogden
David W. Bowker
WILMER CUTLER PICKERING HALE & DORR LLP
1066 Center Mill Road
Hockessin, DE 19707
david.ogden@wilmerhale.com
david.bowker@wilmerhale.com