# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEO BRASILEIRO S.A., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:16-cv-333-APM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS OF
## PETRÓLEO BRASILEIRO S.A.—PETROBRAS

Upon consideration of the Motion to Dismiss of Petróleo Brasileiro S.A.—PETROBRAS (the "Motion"), the memorandum of points and authorities in support thereof, Plaintiffs' response thereto, the arguments of counsel and the entire record herein, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that Plaintiffs' First Amended Complaint [Dkt. 11] is dismissed with prejudice.

The Honorable Amit P. Mehta<br>
United States District Judge

...

Copies to:

Adam K. Levin
David M. Foster
Carolyn A. DeLone
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
carrie.delone@hoganlovells.com

Barry Coburn
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, D.C. 20036
barry@coburngreenbaum.com

Daniel B. Goldman
Kerri Ann Law
Michael J. Calb
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, N.Y. 10036
dgoldman@kramerlevin.com
klaw@kramerlevin.com
mcalb@kramerlevin.com

William A. Burck
Jonathan Gordon Cooper
Eric C. Lyttle
Quinn Emanuel Urquhart & Sullivan LLP
777 6th Street, N.W.
Washington, D.C. 20001
williamburck@quinnemanuel.com
jonathancooper@quinnemanuel.com
ericlyttle@quinnemanuel.com

Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, N.Y. 10010
michaelcarlinsky@quinnemanuel.com

Gregory S. Bruch
Bruch Hanna LLP
1250 I Street, N.W.
Suite 505
Washington, D.C. 20005
gbruch@bruch-hanna.com

Peter T. Barbur
Trevor M. Broad
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, N.Y. 10019
pbarbur@cravath.com
tbroad@cravath.com

David W. Ogden
Wilmer Cutler Pickering Hale & Dorr LLP
1066 Center Mill Road
Hockessin, DE 19707
david.ogden@wilmerhale.com

David W. Bowker
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
david.bowker@wilmerhale.com

Jonathan F. Cohn
Joshua J. Fougere
Sidley Austin LLP
1501 K Street, N.W.
Suite 600
Washington, D.C. 20005
jfcohn@sidley.com
jfougere@sidley.com