# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PETRÓLEO BRASILEIRO S.A., *et al.*,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-333-APM<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Petróleo Brasileiro S.A.—PETROBRAS is appealing to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order of July 30, 2019 denying Defendant's Motion to Stay Pending Arbitration (ECF No. 108).

Dated:  August 29, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　  */s/ Robert B. Wolinsky*
　　　　　　　　　　　　　　　　　　　　Robert B. Wolinsky (D.C. Bar No. 479816)
　　　　　　　　　　　　　　　　　　　　Adam K. Levin (D.C. Bar No. 460362)
　　　　　　　　　　　　　　　　　　　　David M. Foster (D.C. Bar No. 497981)
　　　　　　　　　　　　　　　　　　　　Carolyn A. DeLone (D.C. Bar No. 1004476)
　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-5600
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 637-5910
　　　　　　　　　　　　　　　　　　　　robert.wolinsky@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　adam.levin@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　david.foster@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　carrie.delone@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*Petróleo Brasileiro S.A.—PETROBRAS*