# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., *et al.*, | : |
| Plaintiffs, | : |
| - against - | : Case No. 1:16-cv-333-APM |
| PETRÓLEO BRASILEIRO S.A., *et al.*, | : |
| Defendants. | : |

## JOINT STATUS REPORT

Plaintiffs EIG Energy Fund XIV, L.P., EIG Energy Fund XIV-A, L.P., EIG Energy Fund XIV-B, L.P., EIG Energy Fund XIV (Cayman), L.P., EIG Energy Fund XV, L.P., EIG Energy Fund XV-A, L.P., EIG Energy Fund XV-B, L.P., and EIG Energy Fund XV (Cayman), L.P. (the "Funds") and Defendant Petróleo Brasileiro S.A. ("Petrobras") jointly submit this status report in accordance with the Court's Order of February 27, 2020, Dkt. No. 118. The parties previously submitted joint status reports on August 9, 2019, Dkt. No. 109, May 10, 2019, Dkt. No. 103, November 8, 2019, Dkt. No. 114, and February 14, 2020, Dkt. 115.

Since the last joint status report, both parties have been making document productions on a rolling basis. Both parties believe they are on track to comply with the May 14, 2020 deadline for substantial completion of their document productions. The parties have agreed to meet and confer regarding a privilege log and also expect to confer regarding any deficiencies in their respective productions.

Because of the ongoing COVID-19 pandemic and the fact that many witnesses in this case are located outside the United States, the parties may have difficulty completing depositions

by the current close of fact discovery on October 8, 2020. The parties will work together on this issue and will seek adjustments to the schedule from the Court if it becomes necessary.

Dated: May 7, 2020

| COBURN & GREENBAUM PLLC | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: /s/ Barry Coburn<br>    Barry Coburn, D.C. Bar No. 358020<br>    1710 Rhode Island Avenue, NW<br>    Washington, D.C. 20036<br>    Tel: (202) 657-4490 | By: /s/ Daniel B. Goldman<br>    Daniel B. Goldman, admitted *pro hac vice*<br>    Kerri Ann Law, admitted *pro hac vice*<br>    Claudia Pak, admitted *pro hac vice*<br>    1177 Avenue of the Americas<br>    New York, New York 10036<br>    Tel: (212) 715-9100 |

*Attorneys for Plaintiffs*

HOGAN LOVELLS US LLP

By:    /s/ Robert B. Wolinsky
       Robert B. Wolinsky (D.C. Bar No. 479816)
       Adam K. Levin (D.C. Bar No. 460362)
       David M. Foster (D.C. Bar No. 497981)
       Carolyn A. DeLone (D.C. Bar No. 1004476)
       HOGAN LOVELLS US LLP
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004
       Telephone: (202) 637-5600
       Facsimile: (202) 637-5910
       adam.levin@hoganlovells.com
       robert.wolinsky@hoganlovells.com
       david.foster@hoganlovells.com
       carrie.delone@hoganlovells.com
       *Counsel for Defendant*
       *Petróleo Brasileiro S.A.—PETROBRAS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2020, I caused to be delivered a true and accurate copy of the foregoing Joint Status Report on all counsel of record via ECF.

/s/ Robert B. Wolinsky
Robert B. Wolinsky

KL3 3288619.2