# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EIG ENERGY FUND XIV, L.P., *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>PETRÓLEO BRASILEIRO S.A., *et al.* )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:16-cv-333-APM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs EIG Energy Fund XIV, L.P., EIG Energy Fund XIV-A, L.P., EIG Energy Fund XIV-B, L.P., EIG Energy Fund XIV (Cayman), L.P., EIG Energy Fund XV, L.P., EIG Energy Fund XV-A, L.P., EIG Energy Fund XV-B, L.P., and EIG Energy Fund XV (Cayman), L.P. ("Plaintiffs") and Defendant Petróleo Brasileiro S.A. ("Petrobras"), through their respective counsel, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs in connection with this action.

KL3 3743036.1

- 2 -

Dated: New York, New York
       March 12, 2025

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                  */s/ Daniel B. Goldman*
                                                  Daniel B. Goldman, admitted *pro hac vice*
                                                  Kerri Ann Law, admitted *pro hac vice*
                                                  Claudia Pak, admitted *pro hac vice*
                                                  1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  Tel: (212) 715-9100

                                                  *Attorneys for Plaintiffs*

                                      HOGAN LOVELLS US LLP

                                                  */s/ Christopher T. Pickens*
                                                  N. Thomas Connally (D.C. Bar No. 448355)
                                                  Christopher T. Pickens (D.C. Bar No. 982281)
                                                  8350 Broad Street, 17th Floor
                                                  Tysons, Virginia 22102
                                                  Tel: (703) 610-6100
                                                  Fax: (703) 610-6200

                                                  Samuel L. Zimmerman, admitted *pro hac vice*
                                                  390 Madison Ave.
                                                  New York, New York 10017
                                                  Tel: (212) 918-3000
                                                  Fax: (212) 918-3100

                                                  *Attorneys for Defendant*

KL3 3743036.1